248 F.3d 1197 (9th Cir. 2001)
 In the Matter of the Requested Extradition of Kevin John Artt
United States of America, Appellee,
v.
Kevin John Artt, Appellant.
In the Matter of the Requested Extradition of Pol Brennan
United States of America, Appellee,
v.
Pol Brennan, Appellant.
In the Matter of the Requested Extradition of Terence Damien Kirby
United States of America, Appellee,
v.
Terence Damien Kirby, Appellant.
 Nos. 97-10386, 97-10387, and 97-10390
 United States Court of Appeals, Ninth Circuit.
 Filed May 11, 2001
 
 Before: Goodwin, B. Fletcher, and D.W. Nelson, Circuit Judges.
 
 ORDER
 
 1
 Upon due consideration, the panel has decided that the Order previously filed October 31, 2000 and the Order previously filed November 17, 2000 are redesignated for publication.
 
 
 2
 IT IS SO ORDERED.